**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 12, 2013.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

---

**NO. 14-13-01051-CV**

---

**IN RE EDWARD R. NEWSOME, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 441673**

---

## MEMORANDUM OPINION

On November 22, 2013, relator Edward R. Newsome filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator complains of the denial of compensation by Susan Combs, Texas Comptroller of Public Accounts, for his purported wrongful imprisonment.

The Comptroller's denial of a claim for compensation is not reviewable by appeal, but a claimant may seek review through a mandamus proceeding. *In re Allen*, 366 S.W.3d 696, 701 (Tex. 2012) (orig. proceeding) (citing Tex. Civ. Prac. & Rem. Code Ann. § 103.051(e)). However, the original proceeding must be filed in the Texas Supreme Court because only that court may issue a writ of mandamus against an officer of the executive department of this state, such as the Comptroller. *Id.*; *In re Smith*, 333 S.W.3d 582, 585 (Tex. 2011) (orig. proceeding). Therefore, we do not have jurisdiction over the Comptroller. *See* Tex. Gov't Code Ann. § 22.221.

Accordingly, we dismiss relator's petition for lack of jurisdiction.

PER CURIAM

Panel Consists of Justices McCally, Busby, and Wise.